Argued and submitted May 10, reversed and remanded May 31, respondents' motion
for reconsideration filed June 13 allowed by opinion September 6, 1995
See 136 Or App 280 (1995)

In the Matter of the Compensation of
Lori A. Newell, Claimant.

Lori A. NEWELL,
*Petitioner,*

*v.*

SAIF CORPORATION
and Benton County,
*Respondents.*

(WCB 92-09328; CA A81960)

896 P2d 16

Robert Wollheim argued the cause for petitioner. With him on the brief were James C. Egan and Emmons, Kropp, Kryger et al.

Michael O. Whitty, Special Assistant Attorney General, argued the cause for respondents. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

## PER CURIAM

Claimant seeks review of the Board's order holding that it lacked jurisdiction to determine whether surgery proposed by her physician was a reasonable and necessary medical treatment for her condition and upholding employer's partial denial of her claim for symptoms in her right forearm and hand.

As SAIF concedes, under the Supreme Court's decision in *Niccum v. Southcoast Lumber Co.*, 320 Or 189, 880 P2d 923 (1994), the Hearings Division of the Board has jurisdiction to consider the appropriateness of the proposed treatment for claimant's compensable de Quervain's condition. Accordingly, we remand for the Board to consider this question.

With respect to claimant's claim for symptoms in her right forearm and hand, we affirm the Board's opinion without discussion.

Reversed and remanded.